Alfred D. Serna
(Name)
480 Alta Rd.
(Address)
San Diego, Ca. 92179
(City, State, Zip)
E-25219  Fac. C-13-106
(CDCR / Booking / BOP No.)

**FILED**

Jun 06 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ shellyy        DEPUTY

# United States District Court
## Southern District of California

Alfred David Serna,
(Enter full name of plaintiff in this action.)

                             Plaintiff,

v.

    Madden (warden)
c/o C. Lopez,
c/o Franz,
c/o Escobar,
(Enter full name of each defendant in this action.)

                             Defendant(s).

Civil Case No. '22CV0841 JLS DEB
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Alfred D. Serna
(print Plaintiff's name)
a prisoner, who presently resides at 480 Alta Rd   Richard J. Donavan Correctional Facility
(mailing address or place of confinement)
, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at
Donavan State Prison on (dates) 4-4-22, 4-4-22, and 4-4-22.
(institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **Madden** (name) resides in **San Diego** (County of residence), and is employed as a **Warden** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: The Warden is responsible for all officials at Donavan State Prison and is held liable for a failure to adquately train staff. It is a policy and known practice for officials.

Defendant **C/O Escobar** (name) resides in **San Diego** (County of residence), and is employed as a **Correctional Officer** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: C/O Escobar was the control gunner when assailant I/m Lafita attacked plaintiff with ADA chair and "failed to protect" plaintiff from further harm. C/O Escobar did not shoot as policy.

Defendant **C/o C. Lopez** (name) resides in **San Diego** (County of residence), and is employed as a **Correctional Officer** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: C/o C. Lopez was the floor officer at the time of incident on 4.4.22. When I/m Lafita got up from prone position and beat plaintiff with chair. C/o Lopez just watched until I/m Lafita got tired. 14th Amend

Defendant **C/o Franz** (name) resides in **San Diego** (County of residence), and is employed as a **Correctional Officer** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: C/o Franz was officer #2 on the floor on the day of 4.4.22 When I/m Lafita got up in prone position not only was plaintiff Serna in danger, but so was C/o Franz and C/o Lopez, neighter pulled out their side Baton nor did C/o Escobar shoot. All three C/o's "failed to protect" me causeing mutiple injuries 14th and 8th Amendment. C/o Franz used incident for Entertainment.

2

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 14th Amendment "Negligence"
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

On the day of 4·4·22 Plaintiff (Serna) was assaulted by assailant (Latita) causeing stab wounds in face, and arm. Both Plaintiff & Assailant were sprayed in face. After the spray (Latita) got off (Serna) in which was on his back injured and couldnt see. Assailant (Latita) then proned out along with plaintiff (Serna) Approx 1 minute later (Latita) got up and grabbed an ADA chair and hit me in the back of head and again & again about 5 times. At this time C/o Escobar was in the control booth as the controlling of I/M's cell doors and the gunner in case a situation gets out of control. C/o Escobar did not shoot when Assailant got up after being ordered to get down. Not only was plaintiff in danger but staff were as well. In Building 13 in big Bold letters it reads "NO WARNING SHOTS" on the walls. C/o Escobar has a duty as a Correctional Officer to keep inmates safe and protect them from unreasonable risk. C/o C. Lopez & C/o Franz were both floor officers #1 & #2. Both C/o C Lopez & C/o Franz sprayed one time during the first attack by assailant (Latita). The second time when (Latita) got up both C/o Franz & C/o C Lopez were standing 2 feet away while (Latita) got up walked over to plaintiff with a ADA metal/plasic chair and repeadily hit him in the head & back. Both C/o Franz & C/o C. Lopez has a duty to keep prisoners safe and Both C/o Franz & C/o C. Lopez breached this duty to keep plaintiff safe from another inmate attack causeing multiple injuries.

Count 2: The following civil right has been violated: __8th Amendment Right to be free from Cruel and Unusual Punishment.__
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On the day of 4-4-22 during an assault on plaintiff (Serna) by I/u (Lafita) with a weapon, there were (3) Correctional Officers in the building where plaintiff lives. Building 13. There were (2) officers on the floor and (1) in control booth known as a gunner. All (3) three Correctional Officers have a duty established by the Supreme Court & a policy as an federal & state employee to protect any inmate from being assaulted by another Inmate. All three Correctional officers violated plaintiff's 8th amendment. Plaintiff would of never received all injuries sus sustained if the gunner C/o Escobar would of shot at least one shot at Assailant (Lafita) when he got up from prone position to attack plaintiff. Plaintiff was proned out obeying orders and was attacked with a chair while C/o Franz & C/o C. Lopez were standing 2 feet away and watched. Both C/o Franz or C. Lopez did not utilize their side Baton instead they froze until other officers responded and I/u Lafita did damage. All (3) three C/o's C/o Escobar, C/o C. Lopez and C/o Franz had no idea what the intentions of Assailant (Lafita) once he got up after a Direct order and picked up the chair over his head. C/o's could of been under attack and nobody did anything. All (3) three officers knew that there was a substantial Risk that plaintiff would be seriously injured. In so because all three C/o's C/o C. Lopez C/o Franz and C/o Escobar did nothing to stop the attack on plaintiff. Therefore plaintiff has injuries to eye head, back and legs and they are affecting plaint daily.

§ 1983 SD Form
(Rev. 8/15)

4

Count 3: The following civil right has been violated: **plaintiff's rights to be free from Cruel**
(E.g., right to medical care, access to courts,
**and Unusual Punishment guaranteed to plaintiff by 8th amendment of US Constitution.**
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

(Warden) R. Madden violated plaintiff's right to be free from Cruel & Unusual Punishment guaranteed by the US Constitution by his failure to adequaetly train Custod staff in their Duty to Protect prisoners from other prisoners attacks. By his failure to train his Subordinates c/o Franz, c/o C. Lopez, and c/o Escobar or Disipline Defendant R. Madden wrongful actions alleged herin are in violation of 42 U.S.C. §1983 because they have deprived plaintiff of his rights, benifits and priveleges secured by the United States Constitution. Defendant R. Madden acted under color/state Law. Defendant R. Madden knew or should have known that his staff conduct attitudes and actions created an unreasonable risk of serious harm to plaintiff. As a direct and forseeable result of the Defendants violations of Eighth Amendment, plaintiff has suffered, is suffering and will continue to suffer injuries in the form of pain & suffering, shame, humiliation, degradation, emotional distress, embarrassment, mental distress and other injuries un-named.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☑ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Alfred D. Serna
Defendants: c/o M.E. Williams
(b) Name of the court and docket number: US District Court Eastern District of California 1:02-cv-5276
(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] Found Judgement for Defendant
(d) Issues raised: c/o M.E. Williams violated my 8th Amendment to be free from Cruel and Unusual Punishment. He pulled my arm through tray slot and broke my left pinky finger.

(e) Approximate date case was filed: 2005
(f) Approximate date of disposition: 2010

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

My 602 came back to me saying its being investigated and it is Exhausted at this point. I will be receiving a separate notice of the outcome.

§ 1983 SD Form
(Rev. 8/15)

E. **Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

A Declatory Judgement that the Defendant's actions complained of herein violated plaintiff's rights under the U.S Constitution and as otherwise alledged herein.

2. Damages in the sum of $ __500,000__.
3. Punitive damages in the sum of $ __500,000__.
4. Other: Compensatory damages. Award plaintiff cost of suit and reasonable attorney fees and future relief, as the court deems just and proper.

F. **Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☑ Court. (Choose one.)

G. **Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

__5·31·22__
Date

__[signature]__
Signature of Plaintiff

## CIVIL COVER SHEET (E-FILING FROM CDCR ONLY)

This civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers required by law. This form is authorized by General Order No. 653A dated June 21, 2018, and is approved by the Clerk of the Court. This civil cover sheet is required on all cases filed by plaintiffs housed at institutions participating in the e-filing pilot program described in the General Order.

| I. PLAINTIFF *(to be Completed by Plaintiff)* | II. DEFENDANT(S) *(to be Completed by Plaintiff)* |
|---|---|
| Mr. Alfred D. Serna<br><br>☐ Exhibits to follow | (Warden) R. Madden<br>c/o Franz<br>c/o C. Lopez<br>c/o Escobar |

**III. INSTITUTION BEING E-FILED FROM**
*(To be Completed by CDCR Staff Member)*

CDCR Institution Abbreviation Code:

**IV. DATE SCANNED AND EMAILED BY CDCR STAFF MEMBER**
*(to be Completed by CDCR Staff Member)*

BY: _____    _____
    *(Please SIGN Name)*           *(Please PRINT Name)*

DATE SCANNED AND EMAILED:

**V. IF CIVIL COMPLAINT CANNOT BE E-FILED**
*(to be Completed by CDCR Staff Member)*

☐ This civil complaint, and other initial filing documents authorized by the General Order No. 653A are authorized to be filed through the U.S. mail and accepted by the Clerk of the Court without need to be electronically filed because the digital sender/scanner was down for more than 48 hours. See General Order 653A at 3.

DATED:

_____    _____
*(Please SIGN Name)*           *(Please PRINT Name)*

See attached "Instructions for Filing Civil Rights Complaints Under 42 U.S.C. § 1983"



6-2-2022 89046