ROB BONTA
Attorney General of California
JANET N. CHEN
Supervising Deputy Attorney General
JENNIFER BURNS
Deputy Attorney General
State Bar No. 312364
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6393
  Fax: (916) 324-5205
  E-mail: Jennifer.Burns@doj.ca.gov
*Attorneys for Defendants*
*E. Lopez, N. Franz, and R. Escobar*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFRED DAVID SERNA,** | 3:22-cv-00841-JES-DEB |
| Plaintiff, | **DEFENDANTS' SEPARATE STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **MADDEN, Warden, et al.,** | **NO ORAL ARGUMENT REQUESTED** |
| Defendants. | Judge: The Honorable Daniel E. Butcher |
| | Trial Date: |
| | Action Filed: 6/06/2022 |

Defendants submit the following separate statement of material facts, together with references to supporting evidence, in support of their Motion for Summary Judgment. These facts are undisputed for purposes of this motion only.

//

//

//

//

1

| | **UNDISPUTED MATERIAL FACTS** | **SUPPORTING EVIDENCE** |
|---|---|---|
| 1. | On April 4, 2022, Plaintiff Alfred David Serna and inmate Lafita were incarcerated at Richard J. Donovan Correctional Facility (RJD), and assigned to Facility C, Housing Unit 13. | Burns Decl., Ex. A (hereinafter "Pl. Dep.") at 25:21-26:22; Escobar Decl. ¶ 6; Franz Decl. ¶ 5; Lopez Decl. ¶ 5. |
| 2. | Facility C, Housing Unit 13 is a two-level building with a "U" shaped dayroom surrounded by approximately 100 cells—50 on each level. | Escobar Decl. ¶ 2; Franz Decl. ¶ 2; Lopez Decl. ¶ 2. |
| 3. | A control booth is centrally located on the second floor of Housing Unit 13, approximately fifteen feet above the dayroom. | Pl. Dep. at 27:12-28:5; Escobar Decl. ¶ 2; Franz Decl. ¶ 2; Lopez Decl. ¶ 2. |
| 4. | The control booth is a secured location with windows on all three sides so that the control booth officer can observe the entire dayroom. | Pl. Dep. at 28:6-8; Escobar Decl. ¶ 2; Franz Decl. ¶ 2; Lopez Decl. ¶ 2. |
| 5. | Officer Escobar was a correctional officer at RJD assigned to the Facility C, Housing Unit 13, Control Booth on the morning of April 4, 2022. | Pl. Dep. at 32:1-16; Escobar Decl. ¶ 1. |
| 6. | Officer Escobar's duties as the control booth officer included observing the dayroom and maintaining the safety and security of the institution, the inmates, and the staff. | Escobar Decl. ¶ 3. |

2

Defs.' Separate Statement of Material Facts (3:22-cv-00841-JES-DEB)

| | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 7. | A podium is centrally located on the first floor facing the control booth and the two sides of the "U" shaped dayroom. Directly in front of the podium is a table where two floor officers are stationed. | Pl. Dep. at 28:21-29:19; Escobar Decl. ¶ 2; Franz Decl. ¶ 2; Lopez Decl. ¶ 2. |
| 8. | There are 16 cells and one shower on each floor behind the podium. | Pl. Dep. at 29:20-30:4; Escobar Decl. ¶ 2; Franz Decl. ¶ 2; Lopez Decl. ¶ 2. |
| 9. | On April 4, 2022, Lafita was assigned to cell 124 on the first floor, which is behind the podium on the left-hand side. | Escobar Decl. ¶ 6; Franz Decl. ¶ 5; Lopez Decl. ¶ 5. |
| 10. | The podium is in between cell 124 and the control booth. | Escobar Decl. ¶ 6; Franz Decl. ¶ 5; Lopez Decl. ¶ 5. |
| 11. | On April 4, 2022, at approximately 9:18 a.m., Serna engaged in a fight with Lafita in front of cell 124 for approximately one minute. | Escobar Decl. ¶ 7; Franz Decl. ¶ 6; Lopez Decl. ¶ 6; Gaither Decl. Ex. A, Correctional Officer N. Franz BWC (hereinafter "Franz BWC"), Correctional Officer E. Lopez BWC (hereinafter "Lopez BWC"), Correctional Officer R. Escobar BWC (hereinafter "Escobar BWC"), AVSS A Section Telephones, AVSS Dayroom Right, AVSS |

3

Defs.' Separate Statement of Material Facts (3:22-cv-00841-JES-DEB)

| | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| | | Dayroom Left, AVSS Podium 1, and AVSS Podium 2.[1] |
| 12. | Officers Lopez and Franz were working as floor officers in Housing Unit 13 at the time of the fight on April 4, 2022. No other custody staff was present on the floor in Housing Unit 13 at the time of the fight on April 4, 2022. | Franz Decl. ¶¶ 1, 6; Lopez Decl. ¶¶ 1, 6. |
| 13. | Officers Lopez and Franz's duties included monitoring inmate activities and maintaining the safety and security of the institution, inmates, and staff. | Franz Decl. ¶ 3; Lopez Decl. ¶ 3. |
| 14. | The use of force options available to floor officers include Oleoresin Capsicum (OC) spray, or pepper spray, with an effective range of between six to twelve feet, and a baton. | Franz Decl. ¶ 4; Lopez Decl. ¶ 4. |
| 15. | When the fight started, Officers Lopez and Franz were stationed at the table in front of the podium. | Franz Decl. ¶ 6; Lopez Decl. ¶ 6. |
| 16. | During the fight, Officer Escobar was stationed in the Housing Unit 13 control booth. | Escobar Decl. ¶ 7. |
| 17. | As the control booth officer on April 4, 2022, Officer Escobar had access to | Escobar Decl. ¶ 4. |

---

[1] A CD-ROM of the video footage is being lodged with the Court.

4

Defs.' Separate Statement of Material Facts (3:22-cv-00841-JES-DEB)

|     | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
| --- | --- | --- |
|     | three use of force options: (1) a Ruger mini-14 rifle; (2) a 40mm launcher; and (3) a large canister of MK-46 OC pepper Spray designated for use in large areas only. |     |
| 18. | The mini-14 rifle fires bullets and is designated a "lethal" use of force option. The OC canister releases a pepper-spray like cloud that would affect every single person in the housing unit and is considered a "less than lethal" use of force option. The 40mm launcher is a "less than lethal" use of force option that fires a single direct impact foam round. | Escobar Decl. ¶ 5. |
| 19. | From his elevated position in the control booth, Officer Escobar observed Serna and Lafita physically striking each other in front of cell 124. | Escobar Decl. ¶ 7; Escobar BWC. |
| 20. | At 9:18:13, Serna walked towards Lafita's cell. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 21. | At 9:18:17, Serna arrived at Lafita's cell. | AVSS A Section Telephones; AVSS Dayroom Right; AVSS |

5

Defs.' Separate Statement of Material Facts (3:22-cv-00841-JES-DEB)

| | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| | | Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 22. | At 9:18:23, Lafita exited his cell, bumped into Serna, and started striking Serna in the head and neck region. | AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 23. | At 9:18:26, Officers Franz and Lopez heard a scuff on the floor and turned towards the noise. | Franz Decl. ¶ 6; Lopez Decl. ¶ 6; Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 24. | At 9:18:27, Serna pulled Lafita to the ground. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 25. | At 9:18:27, Officers Franz and Lopez got up from the table. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 26. | At 9:18:28, Officer Franz ordered Serna and Lafita: "Hey, get down!" Officers Franz and Lopez approached the fight. | Franz BWC; Lopez BWC; Escobar BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS |

6

Defs.' Separate Statement of Material Facts (3:22-cv-00841-JES-DEB)

| | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| | | Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 27. | A "get down" order is a command for inmates to immediately stop fighting and lie on the ground in a prone position. In the prone position, inmates cannot attack each other or staff, and the position also allows responding officers to take charge of a situation quickly and safely. An inmate who remains standing despite being ordered to "get down" signifies that he is still participating in the incident, and presents a threat of injury to other inmates and staff. Officers Franz, Lopez, and Escobar verbally ordered Serna and Lafita to "get down" in an effort to prevent the use of force. | Pl. Dep. at 47:11-16; Escobar Decl. ¶ 10; Franz Decl. ¶ 9; Lopez Decl. ¶ 9. |
| 28. | At 9:18:28, Lafita got into a kneeling position over Serna—who was on his hands and knees—and struck him in the stomach and torso. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 29. | At 9:18:29, Serna grabbed Lafita's shirt while Lafita was striking Serna's torso. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS |

Defs.' Separate Statement of Material Facts (3:22-cv-00841-JES-DEB)

| | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| | | Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 30. | At 9:18:29, Officer Escobar grabbed the 40mm launcher in the control booth, and Officers Franz and Lopez pulled out their OC Pepper Spray canisters. | Escobar BWC. |
| 31. | At 9:18:30, Serna fell onto his back and Lafita got on top of Serna. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 32. | At 9:18:32, Officer Franz ordered Serna and Lafita: "get down!" Serna and Lafita ignored the order and continued fighting. | Franz BWC; Lopez BWC; Escobar BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 33. | At 9:18:33, Officer Franz ordered Serna and Lafita to "get down" and sprayed them with pepper spray for one second. Serna and Lafita ignored the order and continued fighting. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 34. | Officers Franz and Lopez chose to use their pepper spray canisters because they are effective six to twelve feet away from the target and minimized the risk of | Franz Decl. ¶ 7; Lopez Decl. ¶ 7. |

8

| | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| | harm to the inmates and staff members potentially caused by getting in between the fighting inmates. | |
| 35. | At 9:18:34, Officer Escobar grabbed the microphone to the public address system and ordered: "Get down, everyone get down." Serna and Lafita ignored the order and continued fighting. | Franz BWC; Lopez BWC; Escobar BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 36. | At 9:18:35, Officer Franz ordered Serna and Lafita to "get down" and sprayed them with pepper spray a second time for one second. Serna and Lafita ignored the order and continued fighting. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 37. | At 9:18:38, Officer Escobar activated an alarm, approached the control booth window closest to the fight, and aimed the 40mm launcher towards the fight. | Escobar BWC. |
| 38. | The alarm is a loud, repetitive sound that is heard inside the dayroom and outside the building. Inmates at RJD know that the alarm indicates they must get on the ground in a prone position. | Pl. Dep. at 54:6-15; Escobar Decl. ¶ 10. |
| 39. | At 9:18:38, Officer Lopez sprayed Serna and Lafita a third time for one second and ordered them to "get down." Serna | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS |

9

Defs.' Separate Statement of Material Facts (3:22-cv-00841-JES-DEB)

| | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| | and Lafita ignored the order and continued fighting. | Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 40. | At 9:18:40, Officer Franz reported a "one on one" and called for backup. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 41. | At 9:18:43, Officer Lopez ordered Serna and Lafita to "get down." Serna and Lafita ignored the order and continued fighting. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 42. | At 9:18:44, Defendant Franz ordered Plaintiff and Lafita to "get down." Serna and Lafita ignored the order and continued fighting. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 43. | At 9:18:45, Officer Franz sprayed Serna and Lafita with pepper spray a fourth time for one second. Serna and Lafita continued fighting. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 44. | At 9:18:46, Lafita stood up and Serna grabbed Lafita's shirt. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS |

| | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| | | Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 45. | At 9:18:47, Officer Franz ordered Serna and Lafita to "get down" and sprayed them with pepper spray a fifth time for one second. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 46. | At 9:18:47, Lafita walked backwards and dragged Serna—who was holding on to Lafita's shirt—along the floor. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 47. | At 9:18:48, Officer Lopez ordered Serna and Lafita to "get down." Lafita took his shirt off and got into a kneeling position. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 48. | At 9:18:49, Officer Franz ordered Serna and Lafita to "get down" and sprayed them with pepper spray a sixth time for one second. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 49. | From 9:18:50 to 9:19:16, Serna and Lafita were separated and not fighting. | Franz BWC; Lopez BWC; Escobar BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS |

11

Defs.' Separate Statement of Material Facts (3:22-cv-00841-JES-DEB)

| | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| | | Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 50. | At 9:18:51, Officer Lopez was watching Serna, who was kneeling and holding Lafita's shirt. Officer Franz was watching Lafita, who was bending towards the ground. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 51. | At 9:18:52, Serna was kneeling and attempted to stand up. Officer Lopez ordered Serna twice to "stay down!" | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 52. | At 9:18:53, Serna began inching closer to Lafita. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 53. | At 9:18:55, Officer Lopez ordered Serna to "stay down!" | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 54. | At 9:18:56, Officer Franz ordered: "Get down, Serna!" | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS |

12

Defs.' Separate Statement of Material Facts (3:22-cv-00841-JES-DEB)

| | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| | | Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 55. | At 9:18:57, Serna proned out on the floor. Lafita was on his hands and knees. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 56. | At 9:18:58, Officer Franz ordered Serna to "stay over there!" | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 57. | At 9:18:59, Serna stopped proning out and kneeled on the ground. Officer Franz ordered Plaintiff: "Hey, Serna! Get down!" Officer Lopez also ordered Serna to "Get down!" | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 58. | At 9:19:00, Serna got onto his hands and knees and crawled towards Lafita. Officer Lopez ordered Serna to "stay down!" | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 59. | At 9:19:02, Lafita got into the quadraped position and crawled towards the back wall behind the podium. Serna began | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS |

13

Defs.' Separate Statement of Material Facts (3:22-cv-00841-JES-DEB)

| | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| | proning out. Officer Lopez ordered Serna to "stay down!" | Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 60. | At 9:19:04, Serna laid on the ground facing the back wall. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 61. | At 9:19:05, Officer Franz ordered Serna to "get down!" | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 62. | At 9:19:06, Serna sat up on the ground facing the back wall. Lafita was still crawling towards the back wall. Officer Franz grabbed latex gloves from her tool belt to restrain the inmates with handcuffs. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2.Podium 2 Video; Franz BWC; Lopez BWC; Franz Decl. ¶ 10. |
| 63. | At 9:19:07, Serna grabbed Lafita's shirt to wipe his face, and laid down on the ground. Lafita kneeled on the ground and reached towards the back wall. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 64. | At 9:19:09, Serna proned out on the floor. Lafita kneeled on the ground and | Franz BWC; Lopez BWC; AVSS A Section Telephones; |

| | **UNDISPUTED MATERIAL FACTS** | **SUPPORTING EVIDENCE** |
|---|---|---|
| | outstretched his right arm touching the back wall. Officer Franz ordered: "Serna, get over there!" | AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 65. | At 9:19:10, Officer Franz ordered: "Serna, stay over there!" | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 66. | At 9:19:11, Officer Franz again ordered: "Serna, stay over there!" | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 67. | At 9:19:12, Officer Lopez orders Serna to "stay down!" | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 68. | At 9:19:15, Lafita looked towards Officer Franz, who was still preparing to put latex gloves on. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 69. | At 9:19:16, Officer Franz said "over here" to Officer Lopez three times and gestured towards Lafita, who was | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS |

| | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| | reaching towards a chair near the shower behind the podium. | Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 70. | At 9:19:17, Lafita suddenly stood up, grabbed the chair, and lifted it over his head. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 71. | At 9:19:18, Officer Franz ordered Lafita to "get down" as Lafita advanced towards Serna and hit him with the chair. Officer Lopez ordered Lafita to "get down!" Lafita ignored the orders and struck Serna—who was proned out on the floor—with the chair. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2; *see* Pl. Dep. at 61:3-25 (stating that Plaintiff does not know what Officers Franz and Lopez were doing because he "was just fighting for [his] life.") |
| 72. | At 9:19:19, Officer Franz pepper sprayed Lafita a seventh time for two seconds and ordered him to "get down." Officer Lopez also pepper sprayed Lafita an eighth time for one second. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2; *see* Pl. Dep. at 61:3-25 (stating that Plaintiff does not know what Officers Franz and Lopez were |

|     | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
| --- | --- | --- |
|     |     | doing because he "was just fighting for [his] life.") |
| 73. | At 9:19:20, Serna began getting up from the ground and Lafita struck him with the chair a second time, while Officer Lopez was still spraying Lafita with pepper spray. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 74. | At 9:19:21, Lafita stuck Serna with the chair a third time. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 75. | At 9:19:22, Officer Franz put her pepper spray canister away and got out her baton. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 76. | At 9:19:23, Officer Lopez ordered Serna and Lafita to "get down" and pepper sprayed Lafita a ninth for one second. | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium 1; AVSS Podium 2. |
| 77. | At 9:19:24, Officer Lopez put his pepper spray canister away and got out his baton. Lafita struck Serna with the chair a fourth time. A responding officer | Franz BWC; Lopez BWC; AVSS A Section Telephones; AVSS Dayroom Right; AVSS Dayroom Left; AVSS Podium |

17

| | UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| | pepper sprayed Lafita a tenth time and the fight ended. | 1; AVSS Podium 2; Responding Officer 1 BWC; Responding Officer 2 BWC; Responding Officer 3 BWC; Responding Officer 4 BWC; Responding Officer 5 BWC; |
| 78. | For the entire duration of the fight, Officer Escobar aimed the 40mm launcher towards Serna and Lafita. | Escobar BWC; Escobar Decl. ¶ 11. |
| 79. | Officers Franz and Lopez were between the fight and the control booth. | Escobar Decl. ¶ 11; Escobar BWC; *see* Pl. Dep. at 51:10-22 (explaining that Officers Franz and Lopez were two feet away from the fight.) |
| 80. | Officer Escobar did not fire the 40mm launcher because he did not have a clear shot at either inmate while they were fighting, and therefore, firing the 40mm launcher could have incapacitated or injured Officers Franz and Lopez. If Officers Franz and Lopez were injured or incapacitated, there would be no officers on the floor available to quell the fight until responding officers arrived. | Escobar Decl. ¶ 11; *see* Pl. Dep. at 62:2-8 (stating that Plaintiff assumed Officer Escobar had his weapon and "assume[d] that he froze.") |

18

Defs.' Separate Statement of Material Facts (3:22-cv-00841-JES-DEB)

| | | |
|---|---|---|
| 1 | Dated: April 3, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | JANET N. CHEN<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /s/ ***Jennifer Burns*** |
| 6 | | JENNIFER BURNS<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendants*<br>*E. Lopez, N. Franz and R. Escobar* |
| 8 | SD2022304575 | |
| 9 | 36917602.docx | |

19

Defs.' Separate Statement of Material Facts (3:22-cv-00841-JES-DEB)