ROB BONTA
Attorney General of California
JANET N. CHEN
Supervising Deputy Attorney General
JENNIFER BURNS
Deputy Attorney General
State Bar No. 312364
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6393
  Fax: (916) 324-5205
  E-mail: Jennifer.Burns@doj.ca.gov
*Attorneys for Defendants*
*E. Lopez, N. Franz, and R. Escobar*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFRED DAVID SERNA,**<br><br>                  Plaintiff,<br><br>v.<br><br>**MADDEN, Warden, et al.,**<br><br>                  Defendants. | Case No. 3:22-cv-00841-JES-DEB<br><br>**NOTICE OF LODGING OF DEFENDANTS' EXHIBIT A TO GAITHER DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>*TO BE SENT TO JUDGE BUTCHER'S CHAMBERS*<br><br>Judge:     The Honorable Daniel E. Butcher<br>Action Filed:  6/06/2022 |

1

Notice of Lodging Defs.' Ex. A Gaither Decl. Supp. of Mot Summ. J. (3:22-cv-00841-JES-DEB)

**TO ALFRED DAVID SERNA (E25219), PLAINTIFF *PRO SE*:**

**PLEASE TAKE NOTICE** that Defendants have lodged with the Court a CD-ROM containing Audio Visual Surveillance System (AVSS) and Body Worn Camera (BWC) footage of the April 4, 2022, incident alleged in Plaintiff's Complaint by mailing the CD-ROM to the Chambers of the Honorable Daniel E. Butcher. An authenticating declaration describing the contents of the videos and identifying the CD-ROM as Exhibit A was filed in support of the Defendants' motion for summary judgment.

Dated: April 3, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
JANET N. CHEN
Supervising Deputy Attorney General

/s/ *Jennifer Burns*

JENNIFER BURNS
Deputy Attorney General
*Attorneys for Defendants
E. Lopez, N. Franz, and R. Escobar*

SD2022304575
37048466.docx

2

Notice of Lodging Defs.' Ex. A Gaither Decl. Supp. of Mot Summ. J. (3:22-cv-00841-JES-DEB)

# CERTIFICATE OF SERVICE

Case Name: **Alfred David Serna (E25219) v. Madden, Warden, et al.**
No. 3:22-cv-00841-JES-DEB

I hereby certify that on **April 3, 2023**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF LODGING OF DEFENDANTS' EXHIBIT A TO GAITHER DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **April 3, 2023,** at Marysville, California.

| K. Jeffers | /s/ K. Jeffers |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **April 3, 2023**, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Alfred D. Serna (E25219)**
**Richard J. Donovan Correctional Facility**
**480 Alta Road**
**San Diego, CA  92179**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **April 3, 2023**, at Sacramento, California.

| B. Supinger | /s/ B. Supinger |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

SD2022304575
37050920.docx