

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfred David Serna | Civil Action No. 22-cv-841-JES-DEB |
| **Plaintiff,** | |
| V. | |
| Escobar, Correctional Officer; C. Lopez, Correctional Officer; Franz, Correctional Officer | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Defendants' Motion for Summary Judgment as to Plaintiff's Eighth Amendment claims pursuant to Federal Rules of Civil Procedure 56. Judgment in favor of Defendant Correctional Officers Escobar, C. Lopez and Franz. This case is now Closed.

Date: 10/13/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Quinata

M. Quinata, Deputy